**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**KNOXVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | NO.  3:14-CR-134 |
| | ) | REEVES/SHIRLEY |
| **DAVID JOYNER,** | ) | |
| | ) | |
| *Defendant*. | ) | |

## MEMORANDUM OPINION AND ORDER

On April 17, 2015, David Joyner was sentenced to three years of supervised probation, including nine months of home confinement, for an attempt to commit extortion. His probation is currently scheduled to expire on April 16, 2018. On January 29, 2018—less than three months from successful completion of his term—Mr. Joyner filed a motion for early termination of probation [D. 126]. In support of his motion, Mr. Joyner states that he has complied with all the terms of his probation up to this point, and that denial of his request could create a hardship not only for himself, but for employees of his construction business. The U.S. Probation Office has confirmed that Mr. Joyner has had no issues while on probation, and the Government does not oppose Mr. Joyner's request [D. 127].

A court may terminate a term of supervised probation at any time after the expiration of one year of supervision if, after considering the factors set forth in 18 U.S.C. §§ 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(6), and (a)(7), "it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1). After

carefully considering the requirements of the statute, the Court finds that early termination of supervised release is appropriate in this case. Accordingly, Mr. Joyner's motion is **GRANTED**, and his term of supervised probation is **TERMINATED**.

The Court is glad to hear that Mr. Joyner is doing well, and wishes him success in his future endeavors.

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**